IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| KORTNEY R. CLINE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 5:14-cv-05090-TLB |
| | ) | |
| BOSTON SCIENTIFIC CORPORATION, | ) | |
| and JOHN DOE NOS. 1 and 2 | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT BOSTON SCIENTIFIC CORPORATION'S
MOTION FOR PARTIAL DISMISSAL OF
<u>PLAINTIFF'S FIRST AMENDED COMPLAINT</u>**

Defendant Boston Scientific Corporation ("Boston Scientific") hereby moves this Court pursuant to FED. R. CIV. P. 12(b)(6) to dismiss Count II (Strict Liability – Manufacturing Defects), Count V (Breach of Express Warranty), and Count VI (Breach of Implied Warranty) of Plaintiff's First Amended Complaint (ECF No. 11) for failure to state a claim upon which relief can be granted. For the reasons set forth more fully in Boston Scientific's Memorandum in Support of its Motion for Partial Dismissal of Plaintiff's First Amended Complaint, filed concurrently herewith, this Court should grant Boston Scientific's Motion for Partial Dismissal of Plaintiff's First Amended Complaint.

Respectfully submitted,

KEVIN A. CRASS (84029)
R. CHRISTOPHER LAWSON (93083)
JAMIE HUFFMAN JONES (2003125)
FRIDAY, ELEDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
(501) 376-2011
crass@fridayfirm.com
lawson@fridayfirm.com
jjones@fridayfirm.com
*Attorneys for Defendant,*
*Boston Scientific Corporation*

By: /s/ *Kevin A. Crass*
      KEVIN A. CRASS


## CERTIFICATE OF SERVICE

    I, Kevin A. Crass, hereby certify that on April 18, 2014, the foregoing was electronically filed with the Court and that a copy of same, along with the Notice of Electronic Filing, were mailed *via* United States Postal Service to the following non-CM/ECF participant:

Mr. S. Lance Cox
Cox, Cox & Estes, PLLC
P.O. Box 878
Fayetteville, Arkansas 72702

/s/ *Kevin A. Crass*
KEVIN A. CRASS (84029)
R. CHRISTOPHER LAWSON (93083)
JAMIE HUFFMAN JONES (2003125)
FRIDAY, ELEDREDGE & CLARK, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522
(501) 376-2011
crass@fridayfirm.com
lawson@fridayfirm.com
jjones@fridayfirm.com
*Attorneys for Defendant,*
*Boston Scientific Corporation*