Query    Reports    Utilities    Help    What's New    Log Out

2326 WAVE 7,RP - 2326

# United States District Court
## Southern District of West Virginia (Charleston)
## CIVIL DOCKET FOR CASE #: 2:14-cv-17998

Cline et al v. Boston Scientific Corporation
Assigned to: Judge Joseph R. Goodwin
Lead case: 2:12-md-02326
Member case: (View Member Case)
Case in other court: Arkansas Western, 5:14-cv-05090
Cause: 28:1332 Diversity-Product Liability

Date Filed: 06/10/2014
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

### Plaintiff

**Kortney R. Cline**     represented by     **Aimee H. Wagstaff**
ANDRUS & WAGSTAFF
7171 West Alaska Drive
Lakewood, CO 80226
303/376-6360
Fax: 303/376-6361
Email: aimee.wagstaff@ahw-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**G. Chadd Mason**
MASON LAW FIRM
P. O. Box 1265
Fayetteville, AR 72703
479/587-9300
Email: chaddmason@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Lance Cox**
COX COX & ESTES
P. O. Box 878
Fayetteville, AR 72701
479/251-7900
Fax: 479/251-7190
Email: lcox@coxfirm.com
*LEAD ATTORNEY*

### Plaintiff

**Jody Cline**     represented by     **Aimee H. Wagstaff**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**G. Chadd Mason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Lance Cox**
(See above for address)
*LEAD ATTORNEY*

V.

**Defendant**

**Boston Scientific Corporation**     represented by    **James H. Keale**
*and*                                                                TANENBAUM KEALE
Three Gateway Center, Suite 1301
100 Mulberry Street
Newark, NJ 07102
973-242-0002
Fax: 973-242-8099
Email: jkeale@tktrial.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jon A. Strongman**
SHOOK HARDY & BACON
2555 Grand Boulevard
Kansas City, MO 64108
816/474-6550
Fax: 816/421-5547
Email: jstrongman@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin A. Crass**
FRIDAY ELDREDGE & CLARK
Suite 2000
400 West Capitol Avenue
Little Rock, AR 72201-3522
501/376-2011
Fax: 501/376-2147
Email: crass@fridayfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael A. Tanenbaum**
TANENBAUM KEALE
Three Gateway Center, Suite 1301
100 Mulberry Street

Newark, NJ 07102
973-242-0002
Fax: 973-242-8099
Email: mtanenbaum@tktrial.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger Christopher Lawson**
FRIDAY, ELDREDGE & CLARK
Suite 103
3425 N. Futrall
Fayetteville, AR 72703
479/695-1103
Fax: 479/695-2147
Email: lawson@fridayfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Bonasso**
FLAHERTY SENSABAUGH & BONASSO
P. O. Box 3843
Charleston, WV 25338-3843
304/345-0200
Fax: 304/345-0260
Email: mbonasso@fsblaw.com
*ATTORNEY TO BE NOTICED*

<u>Defendant</u>

**John Does Nos. 1 and 2**
*TERMINATED: 10/08/2014*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2014 | 1 | NOTICE OF REMOVAL with Jury Demand from Circuit Court of Washington County, AR, case number 13-2032-4. ( Filing fee $ 400, receipt number 5004132), filed by Boston Scientific Corporation. (Attachments: # 1 Exhibit A State Complaint)(src) [Transferred from Arkansas Western on 6/10/2014.] |
| 03/14/2014 | 2 | CIVIL COVER SHEET for case initiated by Boston Scientific Corporation. (src) [Transferred from Arkansas Western on 6/10/2014.] |
| 03/14/2014 | 3 | COMPLAINT with Jury Demand against Boston Scientific Corporation, John Does Nos. 1 and 2, filed by Kortney R. Cline.(src) [Transferred from Arkansas Western on 6/10/2014.] |
| 03/14/2014 | 4 | Magistrate Notice/Consent Furnished (src) [Transferred from Arkansas Western on 6/10/2014.] |
| 03/17/2014 |  | CLERK'S NOTICE re Multiple Attorneys Listed on Pleading directed to Plaintiff Kortney R. Cline. Complaint 3 lists multiple attorneys appearing for the filer. The following attorney(s), who did not sign the pleading, must enter a separate Notice of |

| | | |
|---|---|---|
| | | Appearance in order to receive electronic notification of future activity in the case: **G. Chadd Mason**. TEXT ONLY ENTRY, NO DOCUMENT ATTACHED. (tg) [Transferred from Arkansas Western on 6/10/2014.] |
| 03/17/2014 | | CLERK'S NOTICE in Removal Case re Service of Process directing Plaintiff Kortney R. Cline to file affidavits of service (or copies of proof of service filed in state court) for defendant(s) who have already been served with summons and a copy of the complaint, and file proof of service in this court regarding defendant(s) to be served in the future. If service is not perfected on a defendant within 120 days after filing the complaint, a show cause order will issue and the complaint against that defendant is subject to dismissal pursuant to Federal Rules of Civil Procedure 4(m). TEXT ONLY ENTRY, NO DOCUMENT ATTACHED (tg) [Transferred from Arkansas Western on 6/10/2014.] |
| 03/18/2014 | 5 | NOTICE of Appearance by G. Chadd Mason on behalf of Kortney R. Cline. (Cox, Stephen) Modified attorney on 3/19/2014 (src). [Transferred from Arkansas Western on 6/10/2014.] |
| 03/21/2014 | 6 | MOTION to Stay *Defendant Boston Scientific Corporation's Motion to Stay Proceedings Pending Transfer to MDL No. 2326* by Boston Scientific Corporation. (Lawson, Roger) [Transferred from Arkansas Western on 6/10/2014.] |
| 03/21/2014 | 7 | MEMORANDUM BRIEF in Support of 6 MOTION to Stay *Defendant Boston Scientific Corporation's Motion to Stay Proceedings Pending Transfer to MDL No. 2326 Defendant Boston Scientific Corporation's Memorandum in Support of Its Motion to Stay Proceedings Pending Transfer to MDL No. 2326* by Boston Scientific Corporation. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Lawson, Roger) [Transferred from Arkansas Western on 6/10/2014.] |
| 03/21/2014 | 8 | MOTION to Dismiss *Defendant Boston Scientific Corporation's Motion to Dismiss Plaintiff's Original 3 Complaint*, MOTION to Dismiss Case by Boston Scientific Corporation. (Lawson, Roger) Added link on 3/24/2014 (src). [Transferred from Arkansas Western on 6/10/2014.] |
| 03/21/2014 | 9 | MEMORANDUM BRIEF in Support of 8 MOTION to Dismiss *Defendant Boston Scientific Corporation's Motion to Dismiss Plaintiff's Original Complaint* MOTION to Dismiss Case *Defendant Boston Scientific Corporation's Memorandum in Support of Its Motion to Dismiss Plaintiff's Original 3 Complaint* by Boston Scientific Corporation. (Lawson, Roger) Added link on 3/24/2014 (src). [Transferred from Arkansas Western on 6/10/2014.] |
| 03/25/2014 | 10 | NOTICE by Kortney R. Cline *Notice of Opposition to Conditional Transfer Order* (Cox, Stephen) [Transferred from Arkansas Western on 6/10/2014.] |
| 04/04/2014 | 11 | AMENDED COMPLAINT with Jury Demand as to 3 Complaint against filed by Kortney R. Cline. Related document: 3 Complaint filed by Kortney R. Cline. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cox, Stephen) Modified on 4/7/2014 to edit text (jn). [Transferred from Arkansas Western on 6/10/2014.] |
| 04/04/2014 | 12 | RESPONSE to Motion re 8 MOTION to Dismiss *Defendant Boston Scientific Corporation's Motion to Dismiss Plaintiff's Original Complaint* MOTION to Dismiss Case filed by Kortney R. Cline. (Cox, Stephen) [Transferred from Arkansas Western on 6/10/2014.] |
| 04/04/2014 | 13 | MEMORANDUM BRIEF in Support of 12 Response to Motion by Kortney R. Cline. (Cox, Stephen) [Transferred from Arkansas Western on 6/10/2014.] |

| | | |
|---|---|---|
| 04/04/2014 | 14 | RESPONSE to Motion re 6 MOTION to Stay *Defendant Boston Scientific Corporation's Motion to Stay Proceedings Pending Transfer to MDL No. 2326* filed by Kortney R. Cline. (Cox, Stephen) [Transferred from Arkansas Western on 6/10/2014.] |
| 04/04/2014 | 15 | MEMORANDUM BRIEF in Support of 14 Response to Motion by Kortney R. Cline. (Cox, Stephen) [Transferred from Arkansas Western on 6/10/2014.] |
| 04/08/2014 | 16 | MOTION to Vacate *Motion to Vacate Conditional Transfer Order and Brief in Support Thereof* by Kortney R. Cline. (Cox, Stephen) [Transferred from Arkansas Western on 6/10/2014.] |
| 04/11/2014 | 17 | REPLY to Response to Motion re 6 MOTION to Stay *Defendant Boston Scientific Corporation's Motion to Stay Proceedings Pending Transfer to MDL No. 2326* filed by Boston Scientific Corporation. (Crass, Kevin) [Transferred from Arkansas Western on 6/10/2014.] |
| 04/11/2014 | 18 | REPLY to Response to Motion re 8 MOTION to Dismiss *Defendant Boston Scientific Corporation's Motion to Dismiss Plaintiff's Original Complaint* MOTION to Dismiss Case filed by Boston Scientific Corporation. (Crass, Kevin) [Transferred from Arkansas Western on 6/10/2014.] |
| 04/14/2014 | 19 | MOTION to Remand by Kortney R. Cline. (Attachments: # 1 Exhibit Affidavit of Plaintiff's Attorney)(Cox, Stephen) [Transferred from Arkansas Western on 6/10/2014.] |
| 04/14/2014 | 20 | MEMORANDUM BRIEF in Support of 19 MOTION to Remand by Kortney R. Cline. (Cox, Stephen) [Transferred from Arkansas Western on 6/10/2014.] |
| 04/18/2014 | 21 | ANSWER to Complaint with Jury Demand by Boston Scientific Corporation.(Lawson, Roger) [Transferred from Arkansas Western on 6/10/2014.] |
| 04/18/2014 | 22 | MOTION to Dismiss *Defendant Boston Scientific Corporation's Motion for Partial Dismissal of Plaintiff's First Amended Complaint* by Boston Scientific Corporation. (Lawson, Roger) [Transferred from Arkansas Western on 6/10/2014.] |
| 04/18/2014 | 23 | MEMORANDUM BRIEF in Support of 22 MOTION to Dismiss *Defendant Boston Scientific Corporation's Motion for Partial Dismissal of Plaintiff's First Amended Complaint Defendant Boston Scientific Corporation's Memorandum in Support of Its Motion for Partial Dismissal of Plaintiff's First Amended Complaint* by Boston Scientific Corporation. (Lawson, Roger) [Transferred from Arkansas Western on 6/10/2014.] |
| 04/28/2014 | 24 | ***PLEASE DISREGARD. WRONG PDF ATTACHED. CORRECT DOCUMENT FILED. Please see document (25).***RESPONSE in Opposition re 19 MOTION to Remand filed by Boston Scientific Corporation. (Crass, Kevin) Modified on 4/28/2014 to edit docket text and restrict PDF per chambers (mfr). [Transferred from Arkansas Western on 6/10/2014.] |
| 04/28/2014 | 25 | RESPONSE in Opposition re 19 MOTION to Remand filed by Boston Scientific Corporation. (Crass, Kevin) [Transferred from Arkansas Western on 6/10/2014.] |
| 05/02/2014 | 26 | RESPONSE to Motion re 22 MOTION to Dismiss *Defendant Boston Scientific Corporation's Motion for Partial Dismissal of Plaintiff's First Amended Complaint* filed by Kortney R. Cline. (Cox, Stephen) [Transferred from Arkansas Western on 6/10/2014.] |

| | | |
|---|---|---|
| 05/02/2014 | 27 | MEMORANDUM BRIEF in Support of 26 Response to Motion by Kortney R. Cline. (Cox, Stephen) [Transferred from Arkansas Western on 6/10/2014.] |
| 05/09/2014 | 28 | MEMORANDUM BRIEF in Support of 22 MOTION to Dismiss *Defendant Boston Scientific Corporation's Motion for Partial Dismissal of Plaintiff's First Amended Complaint* by Boston Scientific Corporation. (Crass, Kevin) [Transferred from Arkansas Western on 6/10/2014.] |
| 06/10/2014 | 29 | MDL CONDITIONAL TRANSFER ORDER. Case transferred to Southern District of West Virginia. Documents transmitted as requested. (src) [Transferred from Arkansas Western on 6/10/2014.] |
| 06/10/2014 | 30 | CASE TRANSFERRED IN from the Arkansas Western; Case Number 5:14-cv-05090. Original file certified copy of transfer order and docket sheet received. |
| 06/11/2014 | 31 | TRANSMITTED PRETRIAL ORDER # 101 (Revised Short Form Complaint and Amended Short Form Complaint re: Addition of Neomedic Entities and Removal of Ethicon, LLC) entered on 05/29/2014 in MDL 2326 to attorneys in member case. (Attachments: # 1 Exhibit A - Short Form Complaint, # 2 Exhibit B - Amended Short Form Complaint) (kw) |
| 08/05/2014 | 32 | NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM by Michael Bonasso on behalf of Boston Scientific Corporation. (Bonasso, Michael) |
| 10/08/2014 | 33 | AMENDED SHORT FORM COMPLAINT filed by Kortney R. Cline, Jody Cline against Boston Scientific Corporation. (Cox, Stephen) (Modified on 10/9/2014 to add party filer)(skh). |
| 12/05/2014 | 34 | MOTION by Kortney R. Cline for Extension of Time to provide copies of additional medical records to the attorneys for Defendant (Cox, Stephen) |
| 03/24/2015 | 35 | ORDER denying 34 MOTION for Extension of Time to Complete Discovery. Signed by Judge Joseph R. Goodwin on 3/24/2015. (cc: attys; any unrepresented party) (ts) |
| 04/29/2015 | 36 | NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM by Aimee H. Wagstaff on behalf of Jody Cline, Kortney R. Cline. (Wagstaff, Aimee) |
| 04/29/2015 | 37 | NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM by Jon A. Strongman on behalf of Boston Scientific Corporation. (Strongman, Jon) |
| 01/26/2017 | 38 | INCORRECT ENTRY; SEE ENTRY #39. (Modified on 1/27/2017 to remove incomplete image; complete image filed at entry #39)(skh). |
| 01/26/2017 | 39 | NOTICE OF REQUEST TO BE REMOVED FROM THE COURT'S SERVICE LIST by Stephen Lance Cox on behalf of Kortney R. Cline, Jody Cline (Cox, Stephen) |
| 01/27/2017 | | NOTICE OF DOCKET CORRECTION re: #38 Notice of Request to be Removed from the Court's Service List by Stephen Lance Cox. ERROR: Incomplete image attached. CORRECTION: Incomplete image removed; complete image filed at entry #39. (skh) |
| 06/08/2017 | 40 | PLAINTIFF PROFILE FORM filed by Jody Cline, Kortney R. Cline. (Wagstaff, Aimee) |

| Date | # | Description |
|---|---|---|
| 01/30/2018 | 41 | PRETRIAL ORDER # 175 (Docket Control Order - Boston Scientific Corp. Wave 4 Cases) **THIS PRETRIAL ORDER SETS MANDATORY DEADLINES FOR MOST OF THE REMAINING BOSTON SCIENTIFIC CORPORATION CASES.** The court ORDERS that this Docket Control Order be filed in the main MDL and, as of the time of that filing in every case listed on Exhibit A (hereinafter "Wave 4 cases") becomes subject to the deadlines in this Docket Control Order. The following deadlines apply in all Wave 4 cases: **A. Scheduling Deadlines.** Plaintiff Fact Sheets due by 3/19/2018, Defendant Fact Sheets due by 4/19/2018, Deadline for written discovery requests due by 5/18/2018, Expert disclosure by plaintiffs due by 6/04/2018, Expert disclosure by defendants due by 7/05/2018, Expert disclosure for rebuttal purposes due by 7/23/2018, Deposition deadline and close of discovery due by 9/04/2018, Deadline to file list of general causation experts in each individual Wave 4 case due by 9/11/2018, Filing of Dispositive Motions due by 9/21/2018, Response to Dispositive Motions due by 10/05/2018, Reply to response to dispositive motions due by 10/12/2018, Filing of Daubert motions due by 10/05/2018, Responses to Daubert motions due by 10/19/2018, and Reply to response to Daubert motions due by 10/26/2018. **B.4. Confidential Documents.** In the event there are issues related to sealing of confidential documents that the parties are unable to resolve, they must be brought to the court's attention in a consolidated manner as follows: Any consolidated motion to seal is due on or before 8/10/2018, and any response is due by 8/24/2018. Any reply is due by 8/31/2018. **C.1. Venue Recommendations.** By no later than 8/27/2018 the parties shall meet and confer concerning the appropriate venue for each of the cases, and the parties are ORDERED to submit joint venue recommendations to the court by 9/03/2018. Additional directives are set forth herein. Signed by Judge Joseph R. Goodwin on 1/30/2018. (cc: Clerk of the JPMDL; attys; any unrepresented party) (REF: MDL 2326; BSC Wave 4 Cases Listed on Exhibit A) (kab) (Entered: 02/02/2018) |
| 05/23/2018 | 42 | UNOPPOSED MOTION by Kortney R. Cline to Extend PTO # 175 Scheduling Deadlines (Attachment: # 1 Proposed Order)(Wagstaff, Aimee) |
| 06/04/2018 | 43 | NOTICE OF DEPOSITION by Kortney R. Cline of Dr. Gregory Reiter on August 14, 2018 at 9:00 a.m. (Wagstaff, Aimee) |
| 06/04/2018 | 44 | NOTICE OF DEPOSITION by Kortney R. Cline of Dr. Jennifer Bingham on August 15, 2018 at 9:00 a.m. (Wagstaff, Aimee) |
| 06/04/2018 | 45 | NOTICE OF DEPOSITION by Kortney R. Cline of Dr. Michael Carley on August 17, 2018 at 9:00 a.m. (Wagstaff, Aimee) |
| 06/13/2018 | 46 | PRETRIAL ORDER # 187 (Amended Docket Control Order - Boston Scientific Corp. Wave 4 Cases) Because the court has determined there was confusion as to expert deadlines, changes have been made to Paragraph A of PTO # 175. **The parties are advised that while this order will be entered in the individual cases in the coming days, it is effective as of the day it was entered in the main MDL.** The following deadlines immediately apply in all Wave 4 cases: Plaintiff Fact Sheets due by 03/19/2018; Defendant Fact Sheets due by 04/19/2018; Deadline for written discovery requests due by 05/18/2018; Expert disclosures served by plaintiffs pursuant to Fed. R. Civ. P. 26 as limited by 3.a. of this order due by 07/13/2018; Expert disclosure served by defendants pursuant to Fed R. Civ P. 26 as limited by 3.a. of this order due by 08/13/2018; Expert disclosure served for rebuttal pursuant to Fed R. Civ. P. 26 as limited by 3.a. of this order due by 08/20/2018; Deposition deadline and close of discovery due by 10/04/2018; Filing of Dispositive Motions due by 10/18/2018; Response to Dispositive Motions due by 10/25/2018; Reply to response to Dispositive |

|  |  |  |
|---|---|---|
|  |  | motions due by 11/01/2018; Filing of Daubert motions due by 10/18/2018; Responses to Daubert motions due by 10/25/2018; and Reply to response to Daubert motions due by 11/01/2018. Signed by Judge Joseph R. Goodwin on 6/13/2018. (cc: Clerk of the JPMDL; attys; any unrepresented party) (REF: MDL 2326; BSC Wave 4 Cases) (lca) (ADI) (Entered: 06/18/2018) |
| 07/24/2018 | 47 | AMENDED NOTICE OF DEPOSITION by Kortney R. Cline of Dr. Jennifer Bingham on September 25, 2018 at 1:30 p.m. (Wagstaff, Aimee) |
| 07/24/2018 | 48 | AMENDED NOTICE OF DEPOSITION by Kortney R. Cline of Dr. Michael Carley on September 27, 2018 at 5:00 p.m. (Wagstaff, Aimee) |
| 07/24/2018 | 49 | AMENDED NOTICE OF DEPOSITION by Kortney R. Cline of Dr. Gregory Reiter on September 25, 2018 at 8:00 a.m. (Wagstaff, Aimee) |
| 08/15/2018 | 50 | CERTIFICATE OF SERVICE by Boston Scientific Corporation for Rule 26 Designation and Disclosure of Expert Witnesses. (Anielak, Eric) |
| 09/07/2018 | 51 | INACTIVE DOCKET ORDER: The court has been advised that the plaintiff(s) and Boston Scientific Corporation have reached a settlement. The Court ORDERS as follows: All discovery deadlines are continued until further order of the court. Plaintiff(s) and defendant may submit an agreed order of dismissal with prejudice on or before 10/31/2018; if settlements are not finalized and dismissal orders are not submitted by then the Court will have a hearing to determine the appropriate action pertaining to any remaining case(s) on the inactive docket. Counsel for plaintiff(s) and defendant are directed to provide quarterly reports as to their progress in dismissing cases on the inactive docket. The court will reinstate the case to the active docket if one of the parties shows good cause for such reinstatement. This Order is related to the Proposed Inactive Docket Order filed at ECF No. 6683 in MDL Case No. 2326 Boston. Signed by Judge Joseph R. Goodwin on 9/7/2018. (cc: counsel of record; any unrepresented party) (kp) |
| 10/17/2018 | 52 | NOTICE OF DEPOSITION DUCES TECUM by Boston Scientific Corporation of Kortney Cline on October 25, 2018 at 10:00 a.m. (Keale, James) |
| 03/29/2019 | 53 | MOTION by Jody Cline, Kortney R. Cline to Remand Case to Circuit Court of Washington County (Attachments: # 1 Exhibit A)(Wagstaff, Aimee) |
| 04/12/2019 | 54 | NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM by Michael A. Tanenbaum on behalf of Boston Scientific Corporation. (Tanenbaum, Michael) |
| 04/12/2019 | 55 | RESPONSE by Boston Scientific Corporation re: 53 MOTION by Jody Cline, Kortney R. Cline to Remand Case to Circuit Court of Washington County (Tanenbaum, Michael) |
| 05/01/2019 | 56 | PRETRIAL ORDER # 208 (Docket Control Order - Boston Scientific Corp. Wave 7 Cases) The court ORDERS that the cases on Exhibits A and B are: (1) removed from the pending inactive docket; and (2) placed on the active docket. The court further ORDERS that: (1) The cases are no longer eligible for return to the inactive docket nor may notices of settlement be filed to relieve the parties from scheduling deadlines; (2) To the extent other defendants, in addition to Boston Scientific Corporation, are named in the cases on Exhibits A and B, the deadlines below also apply to them; (3) The Clerk will file this Docket Control Order in the main MDL and every case listed on Exhibits A and B become subject to the deadlines in this Docket Control Order; and (4) The following deadlines immediately apply in all Wave 7 cases with one important |

| | | |
|---|---|---|
| | | exception, as more fully set forth herein. **Scheduling Deadlines.** The following deadlines shall apply in all BSC Wave 7 cases: Plaintiff Fact Sheets due by 05/11/2019. Defendant Fact Sheets due by 05/20/2019. Deadline for written discovery requests due by 06/20/2019. Expert disclosures served by plaintiffs due by 08/19/2019. Expert disclosure served by defendants due by 09/18/2019. Expert disclosure served for rebuttal due by 09/25/2019. Deposition deadline and close of discovery due by 10/25/2019. Filing of dispositive motions due by 11/01/2019. Response to dispositive motions due by 11/15/2019. Reply to response to dispositive motions due by 11/22/2019. Filing of Daubert motions due by 11/04/2019. Responses to Daubert motions due by 11/18/2019. Reply to response to Daubert motions due by 11/25/2019. **Confidential Documents.** Issues related to sealing of confidential documents that the parties are unable to resolve, must be brought to the court's attention in a consolidated manner as follows: Any consolidated motion to seal is due on or before 9/20/2019, and any response is due by 10/03/2019. Any reply is due by 10/10/2019. **Venue Recommendations.** The parties shall meet and confer concerning the appropriate venue for each of the cases no later than 10/08/2019, the parties are ORDERED to file joint venue recommendations by 10/18/2019. The parties' joint recommendation(s) shall identify cases where venue is in dispute. Signed by Judge Joseph R. Goodwin on 5/1/2019. (cc: Clerk of the JPMDL; attys; any unrepresented party) (REF: MDL 2326; BSC Wave 7 cases identified on Exhibits A and B) (ts) (ADI) (Entered: 05/06/2019) |
| 05/16/2019 | 57 | NOTICE OF ATTORNEY APPEARANCE AND COUNSEL CONTACT INFORMATION FORM by James H. Keale on behalf of Boston Scientific Corporation. (Keale, James) |
| 06/05/2019 | 58 | NOTICE OF DEPOSITION DUCES TECUM by Boston Scientific Corporation of Kourtney Cline on July 12, 2019 at 2:00 p.m. (Keale, James) |
| 06/20/2019 | 59 | CERTIFICATE OF SERVICE by Boston Scientific Corporation for Interrogatories and Request for Production of Documents. (Tanenbaum, Michael) |
| 08/09/2019 | 60 | CERTIFICATE OF SERVICE by Jody Cline, Kortney R. Cline for Objections and Responses to Defendants First Interrogatories and First Request for Production of Documents. (Wagstaff, Aimee) |
| 08/19/2019 | 61 | CERTIFICATE OF SERVICE by Jody Cline, Kortney R. Cline for Rule 26 Expert Disclosures. (Wagstaff, Aimee) |
| 08/28/2019 | 62 | AMENDED NOTICE OF DEPOSITION DUCES TECUM by Boston Scientific Corporation of Kortney Cline on September 20 2019 at 10:00 a.m. (Tanenbaum, Michael) |
| 09/19/2019 | 63 | CERTIFICATE OF SERVICE by Boston Scientific Corporation for Rule 26 Designation and Disclosure of Expert Witnesses. (Strongman, Jon) |
| 09/26/2019 | 64 | AMENDED NOTICE OF DEPOSITION DUCES TECUM by Boston Scientific Corporation of Kortney Cline on October 7, 2019 at 10:00 a.m. (Tanenbaum, Michael) |
| 10/01/2019 | 65 | NOTICE OF VIDEOTAPED DEPOSITION by Boston Scientific Corporation of Dr. Donald Ostergard on 10/16/2019 at 3:00 pm MDT (Strongman, Jon) |
| 10/18/2019 | 66 | NOTICE OF VIDEOTAPED DEPOSITION by Kortney R. Cline of Peter Rosenblatt, MD on 10/25/2019 at 9:30 am ET (Wagstaff, Aimee) |

| | | |
|---|---|---|
| 10/22/2019 | 67 | NOTICE OF VIDEOTAPED DEPOSITION by Boston Scientific Corporation of Jody Cline on TBD at TBD (Tanenbaum, Michael) |
| 10/22/2019 | 68 | NOTICE OF VIDEOTAPED DEPOSITION by Boston Scientific Corporation of Robin Umland on TBD at TBD (Tanenbaum, Michael) |
| 10/22/2019 | 69 | NOTICE OF DEPOSITION by Boston Scientific Corporation of Friends and Family on TBD at TBD (Tanenbaum, Michael) |
| 11/01/2019 | 70 | MOTION by Boston Scientific Corporation for Summary Judgment and MEMORANDUM IN SUPPORT (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Strongman, Jon) |
| 11/05/2019 | 71 | AMENDED NOTICE TO TAKE VIDEOTAPED DEPOSITION by Kortney R. Cline of Peter Rosenblatt, MD on 11/8/2019 at 11:00 am ET (Wagstaff, Aimee) |
| 11/18/2019 | 72 | MOTION by Kortney R. Cline to Extend Plaintiff's Time to Respond to 70 MOTION by Boston Scientific Corporation for Summary Judgment (Wagstaff, Aimee) |
| 11/18/2019 | 73 | RESPONSE by Kortney R. Cline in opposition to 70 MOTION by Boston Scientific Corporation for Summary Judgment (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)(Wagstaff, Aimee) |
| 11/19/2019 | 74 | ORDER granting 72 MOTION by Kortney R. Cline to Extend Time to File Response/Reply as to 70 MOTION by Boston Scientific Corporation for Summary Judgment to 11/18/2019. Signed by Judge Joseph R. Goodwin on 11/19/2019. (cc: attys; any unrepresented party) (st) |
| 08/19/2020 | 75 | ORDER denying 42 UNOPPOSED MOTION by Kortney R. Cline to Extend PTO # 175 Scheduling Deadlines. Signed by Judge Joseph R. Goodwin on 8/19/2020. (cc: attys; any unrepresented party) (maw) |
| 08/19/2020 | 76 | ORDER denying 53 MOTION by Jody Cline, Kortney R. Cline to Remand Case to Circuit Court of Washington County. Signed by Judge Joseph R. Goodwin on 8/19/2020. (cc: attys; any unrepresented party) (maw) |
| 08/21/2020 | 77 | ORDER AND SUGGESTION OF REMAND Pursuant to 28 U.S.C. § 1407 and the Rules for Multidistrict Litigation, the court suggests that the cases on Exhibit A be remanded to the courts from which they came, as identified on the attached Exhibit A; on or before 8/28/2020 the parties are directed to confer and to file in this case, all documents from the main MDL that the parties jointly deem relevant to constitute an appropriate record for the receiving court to consider; the court directs that upon receipt and filing of an order to remand from the Clerk of the JPMDL, the Clerk shall remand the case to the United States District Courts identified on Exhibit A; on the Transfer Date, the Clerk is directed to use the appropriate function in CM/ECF to extract the cases on Exhibit A and remand them to the United States District Courts identified on Exhibit A; after remand of the cases, the Clerk is directed to formally close the cases and strike them from the docket. Signed by Judge Joseph R. Goodwin on 8/21/2020. (cc: Clerk of the JPMDL; counsel of record; any unrepresented party) (REF: MDL 2326; cases on Exhibit A) (maw) |
| 08/28/2020 | 78 | DESIGNATION OF RECORD for MDL transfers re: 2:12-md-02326 - Boston Scientific Corporation. (Attachments: # 1 Exhibit ECF 161 - BSC PTO-11 - Stipulated |

Protective Order, # 2 Exhibit ECF 184 - BSC PTO-13 - Stipulation for Production of Docs and ESI, # 3 Exhibit ECF 196 - BSC PTO-14 - New Direct Filing Order, Master Complaint, SF Complaint, # 4 Exhibit ECF 197 - Master Long Form Complaint, # 5 Exhibit ECF 200 - BSC_s Master Answer to Master Long Form Complaint, # 6 Exhibit ECF 8025 - BSC PTO-208 - DCO BSC Wave 7 Cases, # 7 Exhibit ECF 8315 - Pltf_s Notice of Adoption of Prior Daubert Motion Badylak, # 8 Exhibit ECF 4826 - Pltf_s Motion and Memo Support of MTE Badylak, # 9 Exhibit ECF 8364 - BSC_s Notice of Adoption of Prior Daubert Response of Badylak, # 10 Exhibit ECF 4976 - BSC_s Opp to Pltf_s MTE Badylak, # 11 Exhibit ECF 5033 - Pltf_s Reply to Deft_s Response to Pltf_s MTE Badylak, # 12 Exhibit ECF 6041 - Memo Opinion and Order re Daubert Motion Badylak, # 13 Exhibit ECF 8316 - Pltf_s Notice of Adoption of Prior Daubert Motion Little, # 14 Exhibit ECF 4825 - Exh 1, # 15 Exhibit ECF 4825 - Exh 2, # 16 Exhibit ECF 4825 - Exh 3, # 17 Exhibit ECF 4825 - Exh 4, # 18 Exhibit ECF 4825 - Exh 5, # 19 Exhibit ECF 4825 - Pltf_s Motion and Memo Support of MTE Little, # 20 Exhibit ECF 8362 - BSC_s Notice of Adoption of Prior Daubert Response of Little, # 21 Exhibit ECF 4979 - BSC_s Response in Opp to Pltf_s MTE Little, # 22 Exhibit ECF 5034 - Pltf_s Reply to Deft_s Response to Pltf_s MTE Little, # 23 Exhibit ECF 6044 - Memo Opinion and Order re Daubert Motion Little, # 24 Exhibit ECF 8317 - Pltf_s Notice of Adoption of Prior Daubert Motion Spiegelberg, # 25 Exhibit ECF 7004 - Pltf_s MTE and Memo re Spiegelberg, # 26 Exhibit ECF 4827 - Pltf_s MTE Spiegelberg and Memo in Support, # 27 Exhibit ECF 8377 - BSC_s Notice of Adoption of Prior Daubert Response Spiegelberg, # 28 Exhibit ECF 7088 - BSC_s Response in Opposition to Pltf_s MTE Spiegelberg, # 29 Exhibit ECF 4969 - BSC_s Response in Opp to Pltf_s MTE Spiegelberg, # 30 Exhibit ECF 7160 - Pltf_s Reply in Support of MTE Spiegelberg, # 31 Exhibit ECF 5031 - Pltf_s Reply in Support of MTE Spiegelberg, # 32 Exhibit ECF 6049 - Memo Opinion and Order re Daubert Motion Spiegelberg, # 33 Exhibit ECF 8326 - Pltf_s Notice of Adoption of Prior Daubert Motion re Rosenblatt, # 34 Exhibit ECF 4833 - Pltf_s MTE Rosenblatt and Memo in Support, # 35 Exhibit ECF 8363 - BSC_s Notice of Adoption of Prior Daubert Response of Rosenblatt, # 36 Exhibit ECF 4978 - BSC_s Memo in Opp to Pltf_s MTE Rosenblatt, # 37 Exhibit ECF 4978 - Exh A, # 38 Exhibit ECF 4978 - Exh B, # 39 Exhibit ECF 5039 - Pltf_s Reply Brief in Support of MTE Rosenblatt, # 40 Exhibit ECF 6047 - Memorandum Opinion and Order re Daubert Motion re Dr. P. Rosenblatt, # 41 Exhibit ECF 8339 - BSC's Notice of Adoption of Prior Daubert MTE Blaivas, # 42 Exhibit ECF 4822 - BSC_s Motion and Memo in Support MTE Blaivas (1), # 43 Exhibit ECF 8351 - Pltf's Notice of Adoption of Prior Daubert Response Blaivas, # 44 Exhibit ECF 4962 - Pltf_s Opp to BSC_s MTE Blaivas, # 45 Exhibit ECF 6029 - Memo Opinion and Order re Daubert Motion Blaivas, # 46 Exhibit ECF 8330 - BSC_s Memo in Support of MTE Mays, # 47 Exhibit ECF 8365 - Pltf_s Memo in Opp to BSC_s MTE Mays, # 48 Exhibit ECF 8384 - BSC_s Reply in Support of MTE Mays, # 49 Exhibit ECF 8340 - BSC Notice of Adoption of Prior Daubert Response re Donald Ostergard, # 50 Exhibit ECF 8355 - Pltfs Notice of Adoption of Prior Daubert Response re Donald Ostergard, # 51 Exhibit ECF 8336 - BSC_s Notice of Adoption of Prior Daubert MTE Pence, # 52 Exhibit ECF 4815 - BSC_s MTE Pence and Memo in Support, # 53 Exhibit ECF 8356 - Pltf_s Notice of Adoption of Prior Daubert Response Pence, # 54 Exhibit ECF 4968 - Pltf_s Response in Opp to BSC_s MTE Pence, # 55 Exhibit ECF 8381 - BSC_s Notice of Adoption of Reply Memo in Support of its MTE Pence, # 56 Exhibit ECF 5038 - BSC_s Reply Memo in Support of MTE Pence, # 57 Exhibit ECF 6038 - Memo Opinion and Order re Daubert Motion Pence, # 58 Exhibit ECF 8328 - BSC_s Notice of Adoption of Prior Daubert MTE Rosenzweig, # 59 Exhibit ECF 8084 - BSC_s MTE Rosenzweig, # 60 Exhibit ECF 8084 - Exh A, # 61 Exhibit ECF 8084 -

Exh B1, # 62 Exhibit ECF 8084 - Exh B2, # 63 Exhibit ECF 8084 - Exh B3, # 64 Exhibit ECF 8084 - Exh B4, # 65 Exhibit ECF 8084 - Exh C, # 66 Exhibit ECF 8084 - Exh D, # 67 Exhibit ECF 8357 - Pltf_s Response and Memo in Opp to BSC_s MTE Rosenzweig, # 68 Exhibit ECF 8382 - BSC_s Reply in Support of MTE Rosenzweig, # 69 Exhibit ECF 6039 - Memo Opinion and Order re Daubert Motion Rosenzweig, # 70 Exhibit ECF 104 - Frankum - Memo, Opinion, and Order (Daubert Motions), # 71 Exhibit ECF 216 - Pltf_s Memo in Support of MTE Spiegelberg, # 72 Exhibit ECF 275 - BSC_s Opposition to Pltf_s MTE Spiegelberg, # 73 Exhibit ECF 275 - Exh A, # 74 Exhibit ECF 275 - Exh B, # 75 Exhibit ECF 218 - BSC's Memo in Support of MTE Ostergard, # 76 Exhibit ECF 286 - Exh 1, # 77 Exhibit ECF 286 - Exh 2, # 78 Exhibit ECF 286 - Exh 3, # 79 Exhibit ECF 286 - Exh 4, # 80 Exhibit ECF 286 - Exh 5, # 81 Exhibit ECF 286 - Exh 6, # 82 Exhibit ECF 286 - Exh 7, # 83 Exhibit ECF 286 - Exh 8, # 84 Exhibit ECF 286 - Exh 9, # 85 Exhibit ECF 286 - Exh 10, # 86 Exhibit ECF 286 - Exh 11, # 87 Exhibit ECF 286 - Exh 12, # 88 Exhibit ECF 286 - Exh 13, # 89 Exhibit ECF 286 - Exh 14, # 90 Exhibit ECF 286 - Exh 15, # 91 Exhibit ECF 286 - Exh 16, # 92 Exhibit ECF 286 - Exh 17, # 93 Exhibit ECF 286 - Exh 18, # 94 Exhibit ECF 286 - Exh 19, # 95 Exhibit ECF 286 - Exh 20, # 96 Exhibit ECF 286 - Exh 21, # 97 Exhibit ECF 286 - Exh 22, # 98 Exhibit ECF 286 - Exh 23, # 99 Exhibit ECF 286 - Exh 24, # 100 Exhibit ECF 286 - Exh 25(1), # 101 Exhibit ECF 286 - Exh 25(2), # 102 Exhibit ECF 286 - Exh 26, # 103 Exhibit ECF 286 - Exh 27, # 104 Exhibit ECF 286 - Exh 28, # 105 Exhibit ECF 286 - Exh 29, # 106 Exhibit ECF 286 - Pltf_s Opp to BSC's Motion and Memo in Support MTE Ostergard, # 107 Exhibit ECF 473 - Amended Memo Opinion and Order (Daubert Motions))(Strongman, Jon)