# United States Judicial Panel on Multidistrict Litigation
## CIVIL DOCKET FOR CASE #: ARW/5:14-cv-05090

**Cline et al v. Boston Scientific Corporation**
Assigned to: U.S. District Judge Joseph R. Goodwin
Lead case: [MDL No. 2326](#) (Transferred)
Transferee Case Number: 2:14-cv-17998
Member case: (View Member Case)

Date Filed: 06/10/2014
Jurisdiction: Diversity

**Plaintiff**

**Kortney R. Cline**     represented by     **Aimee Wagstaff**
ANDRUS & WAGSTAFF
7171 West Alaska Drive
Lakewood, CO 80226
303-376-6360
Fax: 303-376-6361
Email: aimee.wagstaff@andruswagstaff.com
*ATTORNEY TO BE NOTICED*

**G. Chadd Mason**
MASON LAW FIRM
P. O. Box 1265
Fayetteville, AR 72703
479/587-9300
Email: chaddmason@aol.com
*ATTORNEY TO BE NOTICED*

**Stephen Lance Cox**
Cox Cox Estes PLLC
P.O. Box 878 Fayetteville AR 72701
Fayetteville, AR 72701
479-251-7900
Fax: 251-7910
Email: lcox@coxfirm.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jody Cline**     represented by     **Aimee Wagstaff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**G. Chadd Mason**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Lance Cox**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Boston Scientific Corporation** *and* | represented by | **Jon A. Strongman** SHOOK AND HARDY, LLP 2555 Grand Boulevard Kansas City, MO 64108 816/474-6550 Fax: 816/421-5547 Email: jstrongman@shb.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Roger Christopher Lawson**
FRIDAY, ELDREDGE & CLARK
Suite 103
3425 N. Futrall
Fayetteville, AR 72703
479/695-1103
Fax: 479/695-2147
Email: lawson@fridayfirm.com

**James H. Keale**
TANENBAUM KEALE
Three Gateway Center, Suite 1301
100 Mulberry Street
Newark, NJ 07102
973-242-0002
Fax: 973-242-8099
Email: jkeale@tktrial.com
*ATTORNEY TO BE NOTICED*

**Kevin A. Crass**
FRIDAY ELDREDGE & CLARK
Suite 2000
400 West Capitol Avenue
Little Rock, AR 72201-3522
501/376-2011
Fax: 501/376-2147
Email: crass@fridayfirm.com
*ATTORNEY TO BE NOTICED*

**Michael Bonasso**
FLAHERTY SENSABAUGH &
BONASSO PLLC
200 Capital Street
P.O. Box 3843

Charleston, WV 25338-3843
304-347-4259
Fax: 304-345-0260
Email: mbonasso@fsblaw.com
*ATTORNEY TO BE NOTICED*

**Michael A. Tanenbaum**
SEDGWICK LLP
One Newark Center
1085 Raymond Boulevard
16th Floor
Newark, NJ 07102
973-242-0002
Fax: 973-242-8009
Email: mtanenbaum@tktrial.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Does Nos. 1 and 2**
*TERMINATED: 10/08/2014*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/19/2014 | 1 | CONDITIONAL TRANSFER ORDER FILED TODAY (CTO-102) - 15 action(s) <br><br> Signed by Clerk of the Panel Jeffery N. Luthi on 3/19/2014. <br><br> Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CT/3:14-cv-00263, MA/1:14-cv-10660, MA/1:14-cv-10661, MA/1:14-cv-10663, MA/1:14-cv-10665, MA/1:14-cv-10667, MA/1:14-cv-10669, MA/1:14-cv-10670, MA/1:14-cv-10671, MOE/4:14-cv-00457, MOE/4:14-cv-00460, PAE/2:14-cv-01435, PAE/2:14-cv-01436, PAE/2:14-cv-01437 (LAH) (Entered: 03/19/2014) |
| 03/19/2014 | 2 | ***TEXT ONLY NOTICE*** <br><br> **NOTICE OF FILING OF CTO AND PUBLICATION OF BRIEFING SCHEDULE (CTO-102)** *re: pldg.* **(1 in ARW/5:14-cv-05090, 1 in CT/3:14-cv-00263, 1 in MA/1:14-cv-10660, 1 in MA/1:14-cv-10661, 1 in MA/1:14-cv-10663, 1 in MA/1:14-cv-10665, 1 in MA/1:14-cv-10667, 1 in MA/1:14-cv-10669, 1 in MA/1:14-cv-10670, 1 in MA/1:14-cv-10671,** 973 **in MDL No. 2326, 1 in MOE/4:14-cv-00457, 1 in MOE/4:14-cv-00460, 1 in PAE/2:14-cv-01435, 1 in PAE/2:14-cv-01436, 1 in PAE/2:14-cv-01437)** <br><br> **BRIEFING SCHEDULE IS SET AS FOLLOWS:** <br> **Oppositions due on or before 3/26/2014.** <br><br> **Signed by Clerk of the Panel Jeffery N. Luthi on 3/19/2014.** <br><br> **Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CT/3:14-cv-00263, MA/1:14-cv-10660, MA/1:14-cv-10661, MA/1:14-cv-10663, MA/1:14-cv-10665, MA/1:14-cv-10667, MA/1:14-cv-10669, MA/1:14-cv-10670, MA/1:14-cv-10671, MOE/4:14-cv-00457, MOE/4:14-cv-00460, PAE/2:14-cv-01435, PAE/2:14-cv-01436,** |

| | | |
|---|---|---|
| | | PAE/2:14-cv-01437 (LAH) (Entered: 03/19/2014) |
| 03/25/2014 | 3 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER (CTO-102) - 1 action(s) - re: pldg. (1 in ARW/5:14-cv-05090, 973 in MDL No. 2326) Filed by Plaintiff Kortney R. Cline Associated Cases: MDL No. 2326, ARW/5:14-cv-05090 (Cox, Stephen) (Entered: 03/25/2014) |
| 03/25/2014 | 4 | ***TEXT ONLY NOTICE***<br><br>**NOTICE OF FILED OPPOSITION TO CTO-102 AND PUBLICATION OF BRIEFING SCHEDULE** re: pldg. (3 in ARW/5:14-cv-05090, 985 in MDL No. 2326)<br><br>**BRIEFING SCHEDULE IS SET AS FOLLOWS:**<br>Notices of Appearance due on or before **4/8/2014**. Corporate Disclosure Statements due on or before **4/8/2014**. Motion to Vacate with Brief in Support due on or before **4/8/2014**. Responses due on or before **4/29/2014**.<br><br>Appearance forms (JPML form 18) and Corporate Disclosure forms can be downloaded from our website. **Important**: A Corporate Disclosure Form, if required, must be filed, even if one has previously been filed in this MDL.<br><br>Please visit the CM/ECF Filing Guidelines & Forms page of our website for additional information.<br><br>Signed by Clerk of the Panel Jeffery N. Luthi, on 3/25/2014.<br><br>Associated Cases: MDL No. 2326, ARW/5:14-cv-05090 (LH) (Entered: 03/25/2014) |
| 03/25/2014 | 5 | NOTICE OF APPEARANCE FOR CTO-102 re: pldg. (1 in ARW/5:14-cv-05090, 973 in MDL No. 2326) Filed by Stephen Lance Cox on behalf of Plaintiff Kortney R. Cline Associated Cases: MDL No. 2326, ARW/5:14-cv-05090 (Cox, Stephen) Modified on 3/26/2014 (LAH). ADDED MDL LINK (Entered: 03/25/2014) |
| 03/26/2014 | 6 | CERTIFICATE OF SERVICE re: pldg. ( 990 in MDL No. 2326) Filed by Plaintiff Kortney R. Cline -- Associated Cases: MDL No. 2326, ARW/5:14-cv-05090 (Cox, Stephen) (Entered: 03/26/2014) |
| 04/08/2014 | 7 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER WITH BRIEF IN SUPPORT (CTO-102) re: pldg. (3 in ARW/5:14-cv-05090, 985 in MDL No. 2326) Filed by Plaintiff Kortney R. Cline (Attachments: # 1 Brief in Support of Motion to Vacate Conditional Transfer Order, # 2 Schedule of Actions, # 3 Proof of Service, # 4 Exhibit "A" Civil Docket, # 5 Exhibit "B" First Amended Complaint)<br><br>Associated Cases: MDL No. 2326, ARW/5:14-cv-05090 (Cox, Stephen) Modified on 4/9/2014 (LAH). REMOVED DUPLICATE ATTATCHMENT NAME AND ADDED MDL LINK (Entered: 04/08/2014) |
| 04/08/2014 | 8 | NOTICE OF APPEARANCE FOR CTO-102 re: pldg. (1 in ARW/5:14-cv-05090, 973 in MDL No. 2326) Filed by Jon A. Strongman on behalf of Defendant Boston Scientific Corporation (Attachments: # 1 Proof of Service) Associated Cases: MDL No. 2326, ARW/5:14-cv-05090 (Strongman, Jon) (Entered: 04/08/2014) |
| 04/08/2014 | 9 | CORPORATE DISCLOSURE STATEMENT re: pldg. (3 in ARW/5:14-cv-05090, 985 in MDL No. 2326), (7 in ARW/5:14-cv-05090, 1009 in MDL No. 2326) -- Identifying **Corporate Parent** No Parent Corp. for Boston Scientific Corporation. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Proof of Service) Associated Cases: MDL No. 2326, ARW/5:14-cv-05090 (Strongman, Jon) (Entered: 04/08/2014) |
| 04/14/2014 | 10 | HEARING ORDER re: pldg. (7 in ARW/5:14-cv-05090, 1009 in MDL No. 2326), (8 in MA/1:14-cv-10408, 981 in MDL No. 2326), ( 1001 in MDL No. 2326, 7 in MOE/4:14-cv-00457), ( 1016 in MDL No. 2326, 8 in PAE/2:14-cv-01569, 8 in PAE/2:14-cv-01570, 8 in PAE/2:14-cv-01571, 8 in PAE/2:14-cv-01572, 8 in PAE/2:14-cv-01573, 8 in PAE/2:14-cv-01574, 8 in PAE/2:14-cv-01575, 8 in PAE/2:14-cv-01576, 8 in PAE/2:14-cv-01577, 8 in PAE/2:14-cv-01581) in the following opposition(s) of Plaintiffs in 12 Actions - ARW-1, MOE-1, PAE-10 and Defendant LifeCell in 1 Action - MA-1 - SECTION B (DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT)<br><br>**PANEL HEARING set for 5/29/2014 in Chicago, Illinois.**<br><br>Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 4/14/2014.<br><br>Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, MA/1:14-cv-10408, MOE/4:14-cv-00457, PAE/2:14-cv-01569, PAE/2:14-cv-01570, PAE/2:14-cv-01571, PAE/2:14-cv-01572, PAE/2:14-cv-01573, PAE/2:14-cv-01574, PAE/2:14-cv-01575, PAE/2:14-cv-01576, PAE/2:14-cv-01577, PAE/2:14-cv-01581 (RH) (Entered: 04/14/2014) |
| 04/29/2014 | 11 | RESPONSE IN OPPOSITION TO MOTION TO VACATE CTO *(re: pldg. (7 in ARW/5:14-cv-05090, 1009 in MDL No. 2326) )* (CTO-102) Filed by Defendant Boston Scientific Corporation (Attachments: # 1 Exhibit 1)<br><br>Associated Cases: MDL No. 2326, ARW/5:14-cv-05090 (Strongman, Jon) (Entered: 04/29/2014) |
| 06/09/2014 | 12 | TRANSFER ORDER re: pldg. (7 in ARW/5:14-cv-05090, 1009 in MDL No. 2326), (10 in ARW/5:14-cv-05090, 1017 in MDL No. 2326, 9 in MOE/4:14-cv-00457, 9 in PAE/2:14-cv-01569, 9 in PAE/2:14-cv-01570, 9 in PAE/2:14-cv-01571, 9 in PAE/2:14-cv-01572, 9 in PAE/2:14-cv-01573, 9 in PAE/2:14-cv-01574, 9 in PAE/2:14-cv-01575, 9 in PAE/2:14-cv-01576, 9 in PAE/2:14-cv-01577, 9 in PAE/2:14-cv-01581), ( 1001 in MDL No. 2326, 7 in MOE/4:14-cv-00457), ( 1016 in MDL No. 2326, 8 in PAE/2:14-cv-01569, 8 in PAE/2:14-cv-01570, 8 in PAE/2:14-cv-01571, 8 in PAE/2:14-cv-01572, 8 in PAE/2:14-cv-01573, 8 in PAE/2:14-cv-01574, 8 in PAE/2:14-cv-01575, 8 in PAE/2:14-cv-01576, 8 in PAE/2:14-cv-01577, 8 in PAE/2:14-cv-01581)<br><br>Transferring 12 action(s) - MDL No. 2326, ARW/5:14-cv-05090, MOE/4:14-cv-00457, PAE/2:14-cv-01569, PAE/2:14-cv-01570, PAE/2:14-cv-01571, PAE/2:14-cv-01572, PAE/2:14-cv-01573, PAE/2:14-cv-01574, PAE/2:14-cv-01575, PAE/2:14-cv-01576, PAE/2:14-cv-01577, PAE/2:14-cv-01581<br><br>Signed by Judge John G. Heyburn II, Chairman, PANEL ON MULTIDISTRICT LITIGATION, on 6/9/2014.<br><br>Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, MOE/4:14-cv-00457, PAE/2:14-cv-01569, PAE/2:14-cv-01570, PAE/2:14-cv-01571, PAE/2:14-cv-01572, PAE/2:14-cv-01573, PAE/2:14-cv-01574, PAE/2:14-cv-01575, PAE/2:14-cv-01576, PAE/2:14-cv-01577, PAE/2:14-cv-01581 (LAH) (Entered: 06/09/2014) |

| Date | # | Description |
|---|---|---|
| 06/20/2018 | 13 | **\*\*\*TEXT ONLY ORDER\*\*\***<br><br>**MINUTE ORDER SUSPENDING RULE 7.1(a) -- Panel Rule 7.1(a), requiring notification to the Clerk of the Panel of potential tag-along actions, is hereby suspended in this litigation until further notice.**<br><br>**Signed by Clerk of the Panel Jeffery N. Luthi on 6/20/2018.**<br><br>**Associated Cases: MDL No. 2326 et al. (dld) (Entered: 06/20/2018)** |
| 08/24/2020 | 14 | SUGGESTION OF REMAND<br><br>Signed by U.S. District Judge Joseph R. Goodwin in the S.D. West Virginia and filed in district court on 8/21/20.<br><br>-- Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD) (Entered: 08/24/2020) |
| 08/24/2020 | 15 | CONDITIONAL REMAND ORDER FILED TODAY - 5 action(s) - re: pldg. (14 in ARW/5:14-cv-05090, 2 in CAE/2:12-cv-00701, 5 in LAE/2:15-cv-00431, 2799 in MDL No. 2326, 2 in MSS/4:12-cv-00136, 5 in TNW/1:18-cv-02054)<br><br>Signed by Clerk of the Panel John W. Nichols on 8/24/2020.<br><br>Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD) (Entered: 08/24/2020) |
| 08/24/2020 | 16 | **\*\*\*TEXT ONLY NOTICE\*\*\***<br><br>**NOTICE OF FILING OF CRO AND PUBLICATION OF BRIEFING SCHEDULE -- re: pldg. (15 in ARW/5:14-cv-05090, 3 in CAE/2:12-cv-00701, 6 in LAE/2:15-cv-00431, 2800 in MDL No. 2326, 3 in MSS/4:12-cv-00136, 6 in TNW/1:18-cv-02054)**<br><br>**BRIEFING SCHEDULE IS SET AS FOLLOWS:**<br>**Oppositions due on or before 8/31/2020.**<br><br>Signed by Clerk of the Panel John W. Nichols on 8/24/2020.<br><br>Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD) (Entered: 08/24/2020) |
| 09/01/2020 | 17 | CONDITIONAL REMAND ORDER FINALIZED (re: pldg. (15 in ARW/5:14-cv-05090, 3 in CAE/2:12-cv-00701, 6 in LAE/2:15-cv-00431, 2800 in MDL No. 2326, 3 in MSS/4:12-cv-00136, 6 in TNW/1:18-cv-02054) ) - 5 action(s) - Inasmuch as no objection is pending at this time, the stay is lifted.<br><br>Signed by Clerk of the Panel John W. Nichols on 9/1/2020.<br><br>(Attachments: # 1 Suggestion of Remand)<br><br>Associated Cases: MDL No. 2326, ARW/5:14-cv-05090, CAE/2:12-cv-00701, |

| | |
|---|---|
| | LAE/2:15-cv-00431, MSS/4:12-cv-00136, TNW/1:18-cv-02054 (CMD) (Entered: 09/01/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/01/2020 14:30:56 | | | |
| **PACER Login:** | arwdpacer | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | ARW/5:14-cv-05090 |
| **Billable Pages:** | 5 | **Cost:** | 0.50 |