# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| KORTNEY R. CLINE<br>*Plaintiff* | §<br>§<br>§ | |
| vs. | § | CASE NO.: 5:14-CV-05090-TLB |
| | § | |
| BOSTON SCIENTIFIC CORPORATION,<br>*Defendant* | §<br>§<br>§ | |

## NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT

Lyn P. Pruitt, who is admitted to practice in this Court, hereby enters her appearance as counsel for Boston Scientific Corporation in the above-captioned matter.

Dated: September 4, 2020

Respectfully submitted,

Lyn P. Pruitt (Ark. Bar No. 84121)
**MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.**
425 W. Capitol Avenue, Suite 1800
Little Rock, AR 72201
Telephone: (501) 688-8800
Facsimile: (501) 688-8807
lpruitt@mwlaw.com

*Attorneys for Defendant Boston Scientific Corporation*