# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | |
|---|---|
| Kortney R. Cline<br>*Plaintiff*<br>v.<br>Boston Scientific Corporation<br>*Defendant* | )<br>)<br>) Case No. 5:14-cv-05090-TLB<br>)<br>) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Boston Scienitific Corporation.

Date: 09/10/2020

/s/ Tarifa B. Laddon
*Attorney's signature*

Tarifa B. Laddon (CA SBN 240419) (*Pro Hac Vice*)
*Printed name and bar number*

Faegre Drinker Biddle & Reath LLP
1800 Century Park East, Suite 1500
Los Angeles, CA 90067
*Address*

tarifa.laddon@faegredrinker.com
*E-mail address*

(310) 203-4000
*Telephone number*

(310) 229-1285
*FAX number*