AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas

| | | |
|---|---|---|
| Kortney R. Cline | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    5:14-cv-05090-TLB |
| Boston Scientific Corporation | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Boston Scienitific Corporation                                    .

Date:     09/10/2020                              /s/ Theodore O'Reilly
                                                                 *Attorney's signature*

                                        Theodore O'Reilly (CA SBN 267675) (*Pro Hac Vice*)
                                                          *Printed name and bar number*

                                                Faegre Drinker Biddle & Reath LLP
                                                1800 Century Park East, Suite 1500
                                                     Los Angeles, CA 90067

                                                              *Address*

                                        theodore.oreilly@faegredrinker.com
                                                          *E-mail address*

                                                       (310) 203-4000
                                                       *Telephone number*

                                                       (310) 229-1285
                                                          *FAX number*